# EXHIBIT B

INST: 00012369 Bk: 7541 Pg:     58

## ASSIGNMENT OF MORTGAGE

Mortgage Electronic Registration Systems, Inc., 1901 E Voorhees Street, Suite C, Danville, IL 61834 holder of a mortgage from Juliet Duco to Mortgage Electronic Registration Systems, Inc. dated October 24, 2007, and recorded with the Records of Land Evidence in the City of Warwick on October 29, 2007 at 8:31 a.m. at Book 6708, Page 1 assigns said mortgage to Bank of America, N.A. as s/b/m to BAC Home Loans Servicing, LP, 7105 Corporate Drive, Plano, TX 75024

Property Address:     8 Delaware Avenue, Warwick, RI 02888
Min:   100016500007289423

     IN WITNESS WHEREOF, the said Mortgage Electronic Registration Systems, Inc.   has caused its corporate seal to be hereto affixed and these presents to be signed, in its name and behalf by *Edward Gallegos* ,

this *10* day of *August* , 2011     Mortgage Electronic Registration Systems, Inc.

                         By: _____
                         Edward Gallegos Assistant Secretary

## ACKNOWLEDGMENT

State of *California*     County of *Ventura*
On *August 10, 2011* before me, *Lorri J. Schmitt, Notary Public* , personally appeared *Edward Gallegos, who* , ~~personally known to me (or~~ proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____     (SEAL)

LORRI J. SCHMITT
Commission # 1873325
Notary Public - California
Los Angeles County
My Comm. Expires Jan 11, 2014

RECORDED
Aug 31,2011 11:24A
Marie T. Ahlert, City Clerk
City of Warwick, RI