# EXHIBIT D



**1 record matched your search:**

MIN: 1000165-0000728942-3     Note Date: 10/24/2007          MIN Status: Inactive

Servicer:   Bank of America, N.A.                             Phone: (800) 669-6607
            Simi Valley, CA

If you are a borrower on this loan, you can click here to enter additional information and display the Investor name.

Return to Search

For more information about MERS please go to www.mersinc.org

Copyright© 2006 by MERSCORP, Inc.

Select borrower type and enter borrower information to see Investor for MIN 1000165-0000728942-3.

(●) Investor for Individual Borrower

Your entries may be either upper or lower case.
Fields marked are required.

* Last Name: Duco
* SSN: [ ] - [ ] - [ ]

* [ ] By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS® System for the borrower of the loan, the investor information will not be displayed. Borrowers should verify the results with their loan servicer.

*
Submit

( ) Investor for Corporation/Non-Person Entity Borrower

Your entries may be either upper or lower case.
Fields marked are required.

* Corporation/Non-Person Entity Name: [ ]
* Taxpayer Identification Number: [ ]

* [ ] By checking this box, the borrower or borrower's authorized representative is attesting to the fact that he or she is in fact the borrower or borrower's authorized representative for the loan in question. Additionally, borrowers wishing to learn the identity of their loan's investor must confirm their identity by entering their last name or corporation name as well as their SSN or TIN. If this information does not match the information contained in the MERS® System for the borrower of the loan, the investor information will not be displayed. Borrowers should verify the results with their loan servicer.

*
Submit

Servicer:   Bank of America, N.A.            Phone: (800) 669-6607
            Simi Valley, CA

Investor:   Federal Home Loan Mortgage Corporation

Close Window

https://www.mers-servicerid.org/sis/investor                                12/30/2011



**1 record matched your search:**

MIN: 1000165-0000728942-3    Note Date: 10/29/2007    MIN Status: Active

Servicer:  BAC Home Loans Servicing, LP                              Phone: (800) 669-6607
           Simi Valley, CA

Investor:  BAC Home Loans Servicing, LP                              Phone: (800) 669-6607
           Simi Valley, CA

Return to Search

For more information about MERS please go to www.mersinc.org

Copyright© 2006 by MERSCORP, Inc.